UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 20-117-DLB

BILL KAPRI                                                                                                      PLAINTIFF

v.                                           **JUDGMENT**

FEDERAL BUREAU OF PRISONS, et al.                                               DEFENDANTS

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1)   Bill Kapri's current Complaint (Doc. # 1) is **DISMISSED without prejudice** to his right to file a new action once he has fully exhausted his administrative remedies with the Bureau of Prisons; and

(2)   This action is **STRICKEN** from the Court's docket.

This is a final and appealable Judgment, and there is no just cause for delay.

This 27th day of August, 2020.



Signed By:
*David L. Bunning*  DB
United States District Judge

J:\DATA\ORDERS\PSO Orders\20-117-DLB Kapri Judgment .docx